NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-277

ROLLIE BANG

VERSUS

GULF COAST POWER, INC., ET AL.

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-15831
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billie Colombaro Woodard and Oswald A. Decuir, Judges.

AFFIRMED.

Russell T. Tritico
Attorney at Law
714 Pujo Street
Lake Charles, LA 70601
(337) 436-6648
Counsel for Defendants/Appellees:
    Mike Kloor and
    Joe Carrier, d/b/a Gulf Coast Power

Jeff R. Rytlewski
Attorney at Law
345 Doucet Road, Suite 104-A
Lafayette, LA 70503
(337) 983-0170
Counsel for Defendant/Appellee:
    Cummins Mid-South, L.L.C.

**J. Bryan Jones, III**
**Attorney at Law**
**P. O. Box 8841**
**Lake Charles, LA 70606**
**(337) 598-2638**
**Counsel for Plaintiff/Appellant:**
    **Rollie Bang**